IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAVIER BUENDIA, JONAS BUENDIA, OLIVER CURRY, CARL HUNT, JOSEPH MARTIN, and CHARLES WATKINS,<br><br>**Plaintiffs,**<br><br>v.<br><br>DBA KC STREETCAR CONSTRUCTORS, HERZOG CONTRACTING CORP., STACY AND WITBECK, INC., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 101, HEAVY CONSTRUCTION LABORERS LOCAL No. 663, BRYCE SHIELDS, JOSH AYRES, and CHRIS GREENWOOD<br><br>**Defendants.** | Case. No.: **4:25-cv-00688-DGK** |

## MOTION TO DISMISS

COMES NOW Defendant International Union of Operating Engineers, Local No. 101 ("Local 101"), by and through counsel, and, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves the Court to enter an order dismissing the Plaintiff's Petition for Employment Discrimination in Violation of the Missouri Human Rights Act, Section 213.010, et. Seq., RSMo ("Petition") for failure to state a claim upon which relief may be granted. In support of this Motion, Local 101 is filing suggestions in support simultaneously with the filing of this Motion.

WHEREFORE, Local 101 respectfully requests the Court to enter an order dismissing Plaintiffs' claims against Local 101, and for such other relief the Court deems necessary and proper.

1

Dated: September 10, 2025                    Respectfully Submitted,

**BLAKE & UHLIG, P.A.**

*/s/ Jordan L. Glasgow*
Jason R. McClitis #61611
Scott L. Brown #53154
Jordan L. Glasgow, #69096
6803 W. 64th St., Ste. 300
Overland Park, KS 66202
Phone: (913) 321-8884
Fax:     (913) 321-2396
jrm@blake-uhlig.com
slb@blake-uhlig.com
jlg@blake-uhlig.com
*Attorneys for International Union of Operating Engineers, Local No. 101*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court on September 10, 2025 by using the CM/ECF system, which will send a notice of electronic filing to the following. Additionally, a copy of the foregoing was served upon all parties to this action, by causing the same to be deposited in the United States Mail, postage prepaid, this 10th day of September, 2025, addressed as follows:

Nimrod T. Chapel, Jr.
The Chapel Law Group, LLC
311 W. Dunklin St.
Jefferson City, MO 65101

Sharon Geuea Jones
Jones Advocacy Group
227 Jefferson
Jefferson City, MO 65203
*Attorneys for Plaintiffs*

Molly Walsh Keppler
Stinson LLP
1201 Walnut Street, Ste. 2900
Kansas City, MO 64106
*Attorneys for Defendants KC Streetcar Constructors,
Herzog Contracting Corp., Stacy & Witbeck, Inc.,
Bryce Shields, Josh Ayres, and Chris Greenwood*

Ryan D. Smith
Collin C. Clibon
Arnold, Newbold, Sollars & Hollins, P.C.
1100 Main Street, Ste. 2001
Kansas City, MO 64105
*Attorneys for Heavy Construction Laborers Local 663*

                                         */s/ Jordan L. Glasgow*
                                         Jordan L. Glasgow
                                         *Attorneys for Defendant International Union
                                         of Operating Engineers, Local No. 101*