IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAVIER BUENDIA, JONAS BUENDIA, OLIVER CURRY, CARL HUNT, JOSEPH MARTIN, and CHARLES WATKINS,<br><br>    Plaintiffs,<br><br>v<br><br>DBA KC STREETCAR CONSTRUCTORS, HERZOG CONTRACTING CORP., STACY AND WITBECK, INC., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 101, HEAVY CONSTRUCTION LABORERS LOCAL No. 663, BRYCE SHIELDS, JOSH AYRES, and CHRIS GREENWOOD<br><br>    Defendants. | Case No: 4:25-cv-00688-DGK |

## NOTICE OF VOLUNTARY DISMISSAL (RULE 41(A)(1)(A)(I))

Plaintiffs hereby dismiss without prejudice all claims against International Union of Operating Engineers Local No. 101 and Heavy Construction Laborers Local No. 663 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Neither International Union of Operating Engineers Local No. 101 nor Heavy Construction Laborers Local No. 663 have served an answer or a motion for summary judgment. This dismissal affects only International Union of Operating Engineers Local No. 101 and Heavy Construction Laborers Local No. 663; Plaintiffs' claims against the remaining defendants continue.

Respectfully submitted,

*/s/ Anthony T. Ealy Jr.*
Anthony T. Ealy, Jr. MO #73299
Nimrod Chapel #46875 MO

1

The Chapel Law Group, LLC
311 W Dunklin Ave
Jefferson City, MO 65101
(573) 303-0405
Anthony@chapellaw.com
Nimrod@Chapellaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned states that on October 29, 2025, a true and correct copy of the foregoing was filed electronically with the Court's filing system, and was served upon all counsel of record.

<em>/s/ Anthony T. Ealy Jr.</em>